**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lojano | |
| *Plaintiffs,* | |
| -against- | |
| Central Congregations of Yetev Lev D'Satmar et al | |
| *Defendants.* | |

Index 1:21-cv-01712-LDH-VMS

**MOTION TO WITHDRAW AS COUNSEL**

        Michael Faillace, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff(s) in the above-captioned matter, as his last day of work with the law firm of Michael Faillace & Associates, P.C. (the "Firm") is November 7, 2021.  Furthermore, it is expected that he will be suspended from practice by the Southern District of New York effective November 8, 2021.

        The Firm is now under new ownership and has been renamed CSM Legal P.C.  CSM Legal P.C. will continue to represent the Plaintiff(s) in this matter, and no party will be prejudiced if this Motion is granted.

        WHEREFORE, undersigned counsel respectfully requests that this Court permit Michael Faillace to withdraw as counsel for the Plaintiff(s) in this matter.


Dated:  New York, New York
        November 7, 2021

Respectfully submitted,


*/s/ Michael Faillace*
Michael Faillace, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*